UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAROLYN SWEARENGIN,

                           Plaintiff,

          -against-

TRAVELERS PROPERTY CASUALTY CORP. AND
TRAVELERS INSURANCE COMPANY,

                           Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

Civil Action Number:
07 CV 11543

(Judge P. Kevin Castel)

## STIPULATION OF DISMISSAL

The undersigned counsel for the parties in the above-entitled lawsuit hereby stipulate that this action may be dismissed without prejudice without costs or fees to either party.

Dated: January 31, 2008

COHEN & GOLDSTEIN, ESQS. LLP

*/s/ Howard Goldstein/*

HOWARD GOLDSTEIN, ESQ. (HSG 7617)
Attorneys for Plaintiff
CAROLYN SWEARENGIN
32 Broadway – Suite 1700
New York, New York 10004
212-797-5400

RIVKIN RADLER LLP

*/s/ Alan C. Eagle/*

ALAN C. EAGLE, ESQ. (ACE 3451)
Attorneys for Defendant
THE CHARTER OAK FIRE
INSURANCE COMPANY, i/s/h/a
TRAVELERS PROPERTY CASUALTY
CORP. and TRAVELERS INSURANCE
COMPANY
926 RexCorp Plaza
Uniondale, New York 11556-0926
516-357-3000

So Ordered:

*/s/ P. Kevin Castel/*
Judge P. Kevin Castel

2-6-08

2115176 v1